# [PROPOSED] ORDER

## IT IS HEREBY ORDERED THAT, GOOD CAUSE APPEARING:

The hearing date on Defendant's Motion to Dismiss Plaintiff's Individual Claims and Motion to Strike Class Allegations is hereby continued to:

11/13/09 @ 9:00 a.m.

## IT IS FURTHER ORDERED THAT:

Plaintiff's Oppositions to Defendant's Motion to Dismiss and Motion to Strike must be filed no later than October 16, 2009, and that Defendant's Reply Briefs must be filed no later than October 30, 2009.

DATED: _____, 2009

_____
HONORABLE SUSAN ILLSTON

STIPULATION TO FURTHER CONTINUE HEARING DATE AND BRIEFING SCHEDULE ON
MOTION TO DISMISS AND MOTION TO STRIKE: CHANG DECL ISO: [PROPOSED] ORDER