Daniel H. Chang (State Bar No. 183803)
Larry W. Lee (State Bar No. 228175)
**DIVERSITY LAW GROUP, A Professional Corporation**
444 S. Flower Street, Suite 1370
Los Angeles, CA  90071
Telephone:  (213) 488-6555
Facsimile:   (213) 488-6554
dchang@diversitylaw.com
lwlee@diversitylaw.com

Attorneys for Plaintiffs

*IT IS SO ORDERED*
*Susan Illston*
*Judge Susan Illston*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN Y. CHO, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>BWM OF NORTH AMERICA, LLC; and DOES 1-100, | Case No: 3:09-CV-03880-SI<br><br>Judge Assigned:   Hon. Susan Illston<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a), plaintiff voluntarily dismisses the above-captioned action with prejudice.

**DATED:  October 16, 2009**          DIVERSITY LAW GROUP, P.C.


By: _____/ s /_____
    **Daniel H. Chang**
    **Attorney for Plaintiff and the class**

1

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**